# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KIANA PORTER**<br><br>      Plaintiff<br><br>**v.**<br><br>**RIVER VALLEY COMMUNITY COLLEGE, KIMBERLY AMBROSE, EILEEN GLOVER, and JENNIFER CONOUYER (in their official and individual capacities)**<br><br>      Defendants | Civil Action No. 1:23-cv-521-Se-AJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the above-named parties that all claims asserted or that could have been asserted in this action are dismissed with prejudice and without costs or attorneys' fees assessed against either party.

August 5, 2024

Respectfully submitted,

KIANA PORTER

By her attorneys

COLEMYERS, PLLC

By:   */s/ Carolyn Cole*
Carolyn Cole, Esq.
18 Bank Street
Lebanon, NH 03766
T: (603) 448-6300
ccole@colemyers.law